1   JOHNSON & PHAM, LLP
    Christopher D. Johnson, SBN: 222698
2        E-mail: cjohnson@johnsonpham.com
    Christopher Q. Pham, SBN: 206697
3        E-mail: cpham@johnsonpham.com
    Marcus F. Chaney, SBN: 245227
4        E-mail: mchaney@johnsonpham.com
5   6355 Topanga Canyon Boulevard, Suite 326
    Woodland Hills, California 91367
6   Telephone:    (818) 888-7540
7   Facsimile:    (818) 888-7544

8   Attorneys for Plaintiff
    ADOBE SYSTEMS INCORPORATED
9
10  OWENS TARABICHI, LLP
    Bruno Tarabichi, SBN: 215129
11       E-mail: btarabichi@owenstarabichi.com
    111 N. Market St., Suite 730
12  San Jose, California 95113
    Telephone:    (408) 298-8204
13  Facsimile:    (408) 521-2203

14  Attorneys for Defendant
    JEFFREY BRAY
15

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19  ADOBE SYSTEMS INCORPORATED, a        Case No.: CV12-04904 EMC
20  Delaware Corporation,
                                          NOTICE OF SETTLEMENT OF
21          Plaintiff,                    ENTIRE ACTION

22      v.
                                          ORDER RESETTING CMC
23  JEFFREY BRAY, an Individual, and DOES 1-
24  10, Inclusive,

25          Defendants.

26

27

28

- 1 -
NOTICE OF SETTLEMENT OF ENTIRE ACTION

1    Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), through its counsel, and

2  Defendant JEFFREY BRAY ("Defendant"), through his counsel, hereby give notice to the Court

3  that a settlement of this action, in its entirety, has been reached between the parties.  In order to

4  finalize the terms of settlement, the parties respectfully request that the Court allow thirty (30)

5  days to memorialize, circulate, and execute the necessary settlement documentation, and to fulfill

6  the requisite settlement terms.

7

8  DATED:  December 24, 2012          JOHNSON & PHAM, LLP

9

10                                     By: _____/s/_____

11                                     Marcus F. Chaney, Esq.
                                       Attorneys for Plaintiff
12                                     ADOBE SYSTEMS INCORPORATED

13

14  DATED:  December 24, 2012          OWENS TARABICHI, LLP

15

16                                     By: _____/s/_____

17                                     Bruno Tarabichi, Esq.
                                       Counsel for Defendant
18                                     JEFFREY BRAY

18

19

20

21  IT IS SO ORDERED that the CMC is reset from 1/3/13 to 2/28/13 at 9:00 a.m.

22  A joint CMC Statement shall be filed by 2/21/13.  The 2/28/13 CMC will be
    vacated once a stipulation for dismissal is filed.
23

24  _____

25  Edward M. Chen
    United States Distri...
26

27

28

**IT IS SO ORDERED AS MODIFIED**

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
NOTICE OF SETTLEMENT OF ENTIRE ACTION

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Johnson & Pham 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On December 26, 2012, I served the within document(s):

### NOTICE OF SETTLEMENT OF ENTIRE ACTION

☐   FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐   PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

**Bruno Tarabichi, Esq.**
**btarabichi@owenstarabichi.com**
**Owens Tarabichi LLP**
**111 N. Market Street, Suite 730**
**San Jose, CA 95113**
**Telephone:  (408) 298-8204**
**Facsimile:   (408) 521-2203**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 26, 2012, at Los Angeles, California.

Brett Ralston