```
JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
     E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
     E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
     E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:    (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

OWENS TARABICHI, LLP
Bruno Tarabichi, SBN: 215129
     E-mail: btarabichi@owenstarabichi.com
111 N. Market St., Suite 730
San Jose, California 95113
Telephone:    (408) 298-8204
Facsimile:    (408) 521-2203

Attorneys for Defendant
JEFFREY BRAY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>JEFFREY BRAY, an Individual, and DOES 1-10, Inclusive,<br><br>       Defendants. | Case No.: CV12-04904 EMC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>ORDER RESETTING CMC |

- 1 -
NOTICE OF SETTLEMENT OF ENTIRE ACTION

1   Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), through its counsel, and Defendant JEFFREY BRAY ("Defendant"), through his counsel, hereby give notice to the Court that a settlement of this action, in its entirety, has been reached between the parties. In order to finalize the terms of settlement, the parties respectfully request that the Court allow thirty (30) days to memorialize, circulate, and execute the necessary settlement documentation, and to fulfill the requisite settlement terms.

DATED: December 24, 2012        JOHNSON & PHAM, LLP

By: _____/s/_____
Marcus F. Chaney, Esq.
Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

DATED: December 24, 2012        OWENS TARABICHI, LLP

By: _____/s/_____
Bruno Tarabichi, Esq.
Counsel for Defendant
JEFFREY BRAY

IT IS SO ORDERED that the CMC is reset from 1/3/13 to 2/28/13 at 9:00 a.m. A joint CMC Statement shall be filed by 2/21/13. The 2/28/13 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
United States District [Judge]

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Edward M. Chen

-2-
NOTICE OF SETTLEMENT OF ENTIRE ACTION

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On December 26, 2012, I served the within document(s):

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

**Bruno Tarabichi, Esq.**
btarabichi@owenstarabichi.com
**Owens Tarabichi LLP**
**111 N. Market Street, Suite 730**
**San Jose, CA 95113**
**Telephone:  (408) 298-8204**
**Facsimile:   (408) 521-2203**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 26, 2012, at Los Angeles, California.

_____
Brett Ralston